

SO ORDERED,
SIGNED April 25, 2013

HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA/ MONROE DIVISION

IN RE:   **CAROLYN JACKSON**                     CASE NO 10-31440
                                                  CHAPTER 13

### AGREED ORDER OF REINSTATEMENT

CONSIDERING the Motion to Reinstate Case **OR** Motion to Reinstate Case under Rule 60(b) filed with this Court; All requirements for reinstatement have been met by the debtor(s), and the Trustee having consented to Reinstatement;

IT IS HEREBY ORDERED that the case is REINSTATED, subject to the following conditions:
- ✓ Should debtor(s) fall more than 30 days behind on their payments to the Chapter 13 Trustee, this case may be dismissed on an Ex Parte Motion of the Chapter 13 Trustee.
- ✓ In the event that this case is once again dismissed for payment reasons, the debtor(s) shall be prohibited from reinstating the case again.
- ✓ Payroll Deduction is Ordered and the debtor(s) are given 15 days to provide to the Trustee all documentation required to institute payroll deduction and if the debtor(s) fail to do so, then the Trustee can submit an Ex Parte Motion for Dismissal, with a 109(g) finding.

E. Eugene Hastings, Chapter 13 Trustee
Stacy L. Guice, Staff Attorney
Jennifer R. Hugenbruch, Staff Attorney          Approved as to form:

I/We , Chapter 13 Debtors, understand and
agree to the above conditions.                  Counsel for debtor(s)

x Carolyn Jackson